```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                     Case No. 18-05170-HWV
Michale Owen Harr                                          Chapter 13
Shannon Michele Harr
      Debtors
                           CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis              Page 1 of 1           Date Rcvd: Jan 28, 2019
                             Form ID: ntcnfhrg          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db/jdb         +Michale Owen Harr,    Shannon Michele Harr,    6260 Edenville Road,    Chambersburg, PA 17202-7402
5139396        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
5139398        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5139399        +Chase Card Services,    Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850-5298
5139403        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5149402        +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas Tx 75356-0284
5139405        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
5139406        +Weltman, Weinberg & Reis Co., LPA,    170 South Independence Mall West,    Suite 874,
                 Philadelphia, PA 19106-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5139397         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2019 19:36:37     Capital One Bank / Kohl's,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5141107         E-mail/Text: mrdiscen@discover.com Jan 28 2019 19:36:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5139400         E-mail/Text: mrdiscen@discover.com Jan 28 2019 19:36:32     Discover Financial Services, LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
5139401        +E-mail/Text: cio.bncmail@irs.gov Jan 28 2019 19:36:46     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5139823        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2019 19:49:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5139402        +E-mail/Text: bankruptcy@loanpacific.com Jan 28 2019 19:37:35     Pacific Union Financial,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5143279        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2019 19:37:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5139404         E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2019 19:35:32     Synchrony Bank / Lowe's,
                 Attn: Bankruptcy Department,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Shannon Michele Harr pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Michale Owen Harr pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Michale Owen Harr,<br><br>**Debtor 1**<br><br>Shannon Michele Harr,<br><br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–05170–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 6, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 13, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 28, 2019 |

ntcnfhrg (03/18)