UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL OWEN HARR and          :  CHAPTER 13
        SHANNON MICHELE HARR           :
            Debtor(s)                  :
                                       :
        CHARLES J. DEHART, III         :
        STANDING CHAPTER 13 TRUSTEE    :
            Movant                     :
                                       :
            vs.                        :
                                       :
        MICHAEL OWEN HARR and          :
        SHANNON MICHELE HARR           :
            Respondent(s)              :  CASE NO.   1-18-bk-05170


OBJECTION TO DEBTORS' AMENDED EXEMPTIONS

        AND NOW, this   7th   day May, 2019, comes Charles J. DeHart, III,

Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

        1.  Trustee objects to debtor's exemption of assets claimed under 11 U.S.C.
§522(d)(11).   (Exemption is limited to personal bodily injury)

        WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's

Objection to Debtors' Exemptions.

                                Respectfully submitted,

                                Charles J. DeHart, III
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA   17036
                                (717)566-6097

                        BY:     /s/James K. Jones
                                Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this  7th  day May, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee