UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL OWEN HARR and : CHAPTER 13
SHANNON MICHELE HARR :
Debtors :
: CASE NO. 1-18-bk-05170-HWV
:
: OBJECTION TO MOTION TO
: APPROVE SETTLEMENT

ORDER

AND NOW, upon consideration of Debtors' Motion to Approve Settlement and Trustee's Objection thereto, and all other matters of record,

IT IS HEREBY ORDERED that Debtors' motion is denied and Debtors are ordered to pay the recovery into their Chapter 13 Plan for distribution to unsecured claims.