UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL OWEN HARR and : CHAPTER 13
SHANNON MICHELE HARR :
Debtors :
:
:
: CASE NO. 1-18-bk-05170-HWV

TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO
APPROVE SETTLEMENT

AND NOW, this 8th day May, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, and objects to Debtors' Motion to Approve Settlement for the following reasons:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. However, debtor's exemption is limited to personal bodily injury sustained and cannot include recovery on account of pain and suffering or actual pecuniary loss.

7. Admitted.

8. Admitted.

9. Admitted.

WHEREFORE, Trustee requests Your Honorable Court to deny the proposed distribution to debtor unless he is able to verify that the recovery is on account of personal bodily injury.

        Respectfully submitted,

        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA   17036
        (717)566-6097

BY:    /s/James K. Jones
        Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   8th   day May, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee