In re:  
Michale Owen Harr  
Shannon Michele Harr  
    Debtors

Case No. 18-05170-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: KADavis     Page 1 of 1     Date Rcvd: May 07, 2019  
                         Form ID: ntpasnh     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.  
db        +Michale Owen Harr,    6260 Edenville Road,    Chambersburg, PA 17202-7402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        James   Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  
        Paul Donald Murphy-Ahles    on behalf of Debtor 2 Shannon Michele Harr pmurphy@dplglaw.com, kgreene@dplglaw.com  
        Paul Donald Murphy-Ahles    on behalf of Debtor 1 Michale Owen Harr pmurphy@dplglaw.com, kgreene@dplglaw.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                         TOTAL: 6

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Michale Owen Harr <br> **Debtor 1** <br><br> Shannon Michele Harr <br> **Debtor 2** <br><br><br> CHARLES J. DEHART, III <br> STANDING CHAPTER 13 TRUSTEE <br> **Movant(s)** <br><br> vs. <br><br> MICHAEL OWEN HARR and SHANNON MICHELE HARR <br> **Respondent(s)** | Chapter: 13 <br><br> Case number: 1:18–bk–05170–HWV <br><br> Document Number: 32 <br><br> Matter: Objection to Claim of Exemptions |
| **Notice** | |

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 28, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 7, 2019 |

ntpasnh(05/18)