UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHALE OWEN HARR and SHANNON MICHELE HARR | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHALE OWEN HARR and SHANNON MICHELE HARR | : | |
| Respondent(s) | : | CASE NO. 1-18-bk-05170 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of July, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid. (Base plan must be at least $68,250.00.)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

>   Respectfully submitted:
>
>   Charles J. DeHart, III
>   Standing Chapter 13 Trustee
>   8125 Adams Drive, Suite A
>   Hummelstown, PA 17036
>   (717) 566-6097
>
> BY: /s/James K. Jones
>   Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 2nd day of July, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

      /s/Deborah A. Behney
      Office of Charles J. DeHart, III
      Standing Chapter 13 Trustee

Case 1:18-bk-05170-HWV    Doc 53    Filed 07/02/19    Entered 07/02/19 13:34:05    Desc
Main Document    Page 2 of 2