UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL OWEN HARR and : CHAPTER 13
SHANNON MICHELE HARR :
   Debtor(s) :
    :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
vs. :
    :
MICHAEL OWEN HARR and :
SHANNON MICHELE HARR :
   Respondent(s) : CASE NO. 1-18-bk-05170

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

     AND NOW, this 2nd day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid. (Base plan must be at least $68,100.00.)

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                         Respectfully submitted:

                         Charles J. DeHart, III
                         Standing Chapter 13 Trustee
                         8125 Adams Drive, Suite A
                         Hummelstown, PA 17036
                         (717) 566-6097

         BY:     /s/James K. Jones
                         Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this  2nd  day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee