In re:                                                          Case No. 18-05170-HWV
Michale Owen Harr                                               Chapter 13
Shannon Michele Harr
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: KarenDavi        Page 1 of 1            Date Rcvd: Jan 02, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
            +CHAMBERSBURG AREA SCHOOL DISTRICT,    ATTN: PAYROLL ADMINISTRATOR,    435 STANLEY AVENUE,
              CHAMBERSBURG, PA 17201-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
            James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
              bkgroup@kmllawgroup.com
            Janet M. Spears   on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
              JSpears@ecf.courtdrive.com
            Paul Donald Murphy-Ahles    on behalf of Debtor 2 Shannon Michele Harr pmurphy@dplglaw.com,
              kgreene@dplglaw.com
            Paul Donald Murphy-Ahles    on behalf of Debtor 1 Michale Owen Harr pmurphy@dplglaw.com,
              kgreene@dplglaw.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michale Owen Harr                          **Chapter** 13
Shannon Michele Harr
                    **Debtor(s)**            **Case No.** 1:18-bk-05170-HWV

                                            **Matter:** Motion for Wage Attachment Order

---

### ORDER

---

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Michale Owen Harr, receives income from:

> Chambersburg Area School District
> Attn: Payroll Administrator
> 435 Stanley Avenue
> Chambersburg, PA 17201

Should deduct from said Debtor 1's income the sum of **$438.92** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire
> Standing Chapter 13 Trustee
> PO Box 7005
> Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated:  January 2, 2020            By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)