# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Michale Owen Harr<br>**Debtor 1**<br>Shannon Michele Harr<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-05170-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Michale Owen Harr and Shannon Michele Harr, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about December 10, 2018.

2) Debtor 1 receives regular income from employment with Chambersburg Area School District which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 1 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: September 13, 2023

/s/ Michale Owen Harr

Debtor 1

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michale Owen Harr<br>**Debtor 1**<br>Shannon Michele Harr<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-05170-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

### ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$438.92** from each **bi-weekly** paycheck.

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michale Owen Harr<br>**Debtor 1**<br>Shannon Michele Harr<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-05170-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 13, 2023, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
Chambersburg Area School District
Attn: Payroll Department
435 Stanley Avenue
Chambersburg, PA 17201

<u>Via Electronic Means</u>
Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, 3rd Floor
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire