**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Michale Owen Harr         BK NO. 18-05170 HWV
      Shannon Michele Harr

                  Debtor(s)        Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                    Respectfully submitted,

                              /s/ Michael Farrington
                              Michael Farrington
                              11 Oct 2023, 08:48:39, EDT


                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              215-627-1322

Case 1:18-bk-05170-HWV    Doc 78    Filed 10/12/23    Entered 10/12/23 23:23:41    Desc
Document ID: ff73e06c7dd46109ed83ae4f0e2edd81c9637692596d3cf757253a59c36ca0e8
Main Document     Page 1 of 1