United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-05170-HWV
Michale Owen Harr  Chapter 13
Shannon Michele Harr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 13, 2023     Form ID: 3180W     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michale Owen Harr, 4093 Sycamore Grove Road, Chambersburg, PA 17202-9665 |
| jdb | + | Shannon Michele Harr, 19 Peyton Drive, Carlisle, PA 17015-8522 |
| 5139397 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5139396 | | EDI: BANKAMER | Dec 13 2023 23:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5161033 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 18:47:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5156872 | + | Email/Text: RASEBN@raslg.com | Dec 13 2023 18:32:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5141107 | | EDI: DISCOVER | Dec 13 2023 23:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5139400 | | EDI: DISCOVER | Dec 13 2023 23:31:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5139401 | + | EDI: IRS.COM | Dec 13 2023 23:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5139398 | | EDI: JPMORGANCHASE | Dec 13 2023 23:31:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5139399 | | EDI: JPMORGANCHASE | Dec 13 2023 23:31:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5244922 | + | EDI: AISMIDFIRST | Dec 13 2023 23:31:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5244921 | + | EDI: AISMIDFIRST | Dec 13 2023 23:31:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5163661 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 18:32:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5159961 | | EDI: PRA.COM | Dec 13 2023 23:31:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5139823 | + | EDI: RECOVERYCORP.COM | Dec 13 2023 23:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5139402 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | Dec 13 2023 18:32:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5143279 | + EDI: PENNDEPTREV | Dec 13 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5143279 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 18:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5139403 | + Email/Text: DeftBkr@santander.us | Dec 13 2023 18:32:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5149402 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 18:32:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 5139404 | EDI: SYNC | Dec 13 2023 23:31:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5139405 | EDI: WFFC2 | Dec 13 2023 23:31:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |
| 5139406 | + Email/Text: PHILAW@weltman.com | Dec 13 2023 18:32:00 | Weltman, Weinberg & Reis Co., LPA, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michale Owen Harr pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Shannon Michele Harr pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michale Owen Harr<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx−xx−9713<br>EIN __−_____ |
| Debtor 2<br>(Spouse, if filing) | Shannon Michele Harr<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx−xx−4351<br>EIN __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18−bk−05170−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michale Owen Harr                Shannon Michele Harr

**By the court:**

12/13/23

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Case 1:18-bk-05170-HWV    Doc 89    Filed 12/15/23    Entered 12/16/23 00:23:38    Desc
Imaged Certificate of Notice    Page 4 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**